IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIC LEVON COBBINS,

      Petitioner,

v.

      Case No. 5D22-2195
      LT Case No. 2019-CF-014081-A-O

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed October 3, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, and Ali Almamluk, Assistant Public Defender, Orlando, for Petitioner.

No Appearance for Respondent

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

August 12, 2022 VOP judgment and sentence rendered in Case No. 2019-

CF-014081-A-O, in the Circuit Court in and for Orange County, Florida. See

Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, TRAVER and NARDELLA, JJ., concur.